**FILED**

DEC 18 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN SHANNON FINLEY,<br><br>Defendant. | CR 17–12–H–CCL<br><br>ACCEPTANCE OF PLEA<br>AND ADJUDICATION<br>OF GUILT |

In accordance with the Findings and Recommendations (Doc. 24) of United States Magistrate Judge John Johnston, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3)(A) and review of Defendant's Presentence Report, Defendant's plea of guilty is hereby accepted. The Defendant is adjudged guilty of the offense of Conspiracy to Possess Methamphetamine With Intent to Distribute (Count I). All parties shall appear before this Court for sentencing on April 10, 2018, at 10:00

*U.S. v. Finley*

a.m., Courtroom II, United States Courthouse, Helena.

The Clerk is directed forthwith to notify the parties of entry of this order.

Done and dated this 18th day of December, 2017.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE